# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00757-CV

### In re Natural Fruit Corporation

---

#### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

### M E M O R A N D U M   O P I N I O N

This original proceeding was suspended in 2016 after the Court received notice of a related bankruptcy and its automatic stay. *See* Tex. R. App. P. 8.1, 8.2. After the case was suspended, no party to the case sought reinstatement. *See* Tex. R. App. P. 8.3. We have now been informed that the bankruptcy case related to this proceeding is closed, and therefore, we have reinstated the appeal.

On August 28, 2018, the Clerk of this Court sent notice to the parties that this case would be dismissed for want of prosecution unless a status report was filed on or before September 7, 2018, that provided reason to retain this proceeding. *See* Tex. R. App. P. 42.3(b). To date, no response has been filed. Accordingly, we dismiss this proceeding for want of prosecution. *See id.*

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: October 4, 2018